# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA, )
)
)
) 2:22-cr-306
vs. )
)
STEFANO ZANETTI, )
)
)
Defendant. )

## CHANGE OF PLEA

AND NOW, on the record this 16th day of May, 2025, defendant in the above-captioned matter, Stefano Zanetti, withdraws his plea of not guilty and enters a plea of GUILTY to Counts 1 and 2 of the Indictment.

_____

Signature of Defendant Stefano Zanetti

_____

Signature of Attorney Steven Townsend