**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**


UNITED STATES OF AMERICA

           CRIMINAL No. 22-306

  v

           JUDGE: J. Nicholas Ranjan

STEFANO ZANETTI


**POSITION OF DEFENDANT**
**WITH RESPECT TO SENTENCING FACTORS**

  AND NOW COMES the Defendant, Stefano Zanetti, by and through his attorney, Steven

C. Townsend, Esquire, and files this Position with Respect to Presentence Investigation Report,

and in support thereof, states as follows:


1. Undersigned counsel has reviewed the Presentence Report in this case with Mr. Zanetti.

2. Counsel and Defendant have no objections, modifications or additions to the Report.


       Respectfully submitted,

       s/ Steven C. Townsend, Esq.
       Steven C. Townsend, Esquire
       PA. I.D. No. 89263
       Manor Building Penthouse
       564 Forbes Avenue
       Pittsburgh, PA 15219
       (412) 281-5336
       (412) 281-3537 Fax
       stownsend@pghlaw.com

       Attorney for Defendant,
       Stefano Zanetti