**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**


UNITED STATES OF AMERICA

                                        CRIMINAL No. 22-306

   v
                                        JUDGE: J. Nicholas Ranjan

STEFANO ZANETTI



**POSITION WITH RESPECT TO SENTENCING FACTORS**

AND NOW comes, Stefano Zanetti, by and through his attorney, Steven C.

Townsend, Esquire, and files this Position with Respect to Sentencing Factors as follows:

1. Undersigned counsel has reviewed the final Presentence Investigation Report.

2. Neither counsel nor Mr. Zanetti has any objection or correction to the Final Presentence

Investigation Report.

                              Respectfully submitted,

                              s/ Steven C. Townsend, Esq.
                              Steven C. Townsend, Esquire
                              PA. I.D. No. 89263
                              Manor Building Penthouse
                              564 Forbes Avenue
                              Pittsburgh, PA 15219
                              (412) 281-5336
                              (412) 281-3537 Fax
                              stownsend@pghlaw.com

                              Attorney for Defendant,
                              Stefano Zanetti