IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.                                          Criminal No. 22-306

STEFANO ZANETTI


POSITION WITH RESPECT TO SENTENCING FACTORS

AND NOW comes the United States of America by its attorneys, Troy Rivetti, Acting United States Attorney for the Western District of Pennsylvania, and Jeffrey R. Bengel, Assistant United States Attorney for said district, and respectfully files this position with respect to sentencing.

Counsel for the government has reviewed the presentence report in the above-captioned case and has no changes or additions.

Respectfully submitted,

TROY RIVETTI
Acting United States Attorney

s/Jeffrey R. Bengel
JEFFREY R. BENGEL
Assistant U.S. Attorney
Pittsburgh, Pennsylvania 15219
DC ID No. 1018621

1