# FACSIMILE COVER SHEET

## Confidential Health Information Enclosed

*Health Care Information is personal and sensitive information related to a person's health care. It is being sent to you after appropriate authorization from the individual or under circumstances that do not require individual authorization. You, the recipient, are obligated to maintain it in a safe, secure and confidential manner. Re-disclosure without additional individual consent/authorization or as permitted by law is prohibited. Unauthorized use or re-disclosure or failure to maintain confidentiality could subject you to civil and criminal penalties described in federal and state law.*

**TO:** Attorney Steven C. Townsend

**FROM:**        The Open Door of Indiana Pennsylvania

**FAX NUMBER:**      (412) 281-3537

**DATE:** March 24, 2026

**TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:** 3

**Attention:** Attorney Steven C. Townsend
**RE:** Stefano Zanetti

**MESSAGE:**

Hello Attorney Townsend,

I've prepared the following treatment update letter for consideration in Mr. Zanetti's sentencing hearing. The purpose of this letter is to advise the court that Mr. Zanetti voluntarily participates in drug and alcohol treatment services provided by The Open Door at the Indiana County Jail (since October 2024). I've found Mr. Zanetti to be earnest in his desire to develop coping skills and strategies to remain engaged in his treatment and sobriety. He is committed to attending all group and individual sessions available to him and is always willing to share from his own experience while offering support and encouragement to the other members. If you have any questions, please do not hesitate to contact me.

Best regards,

Barbie Wojichowski, MA
Forensic Treatment Counselor
(724) 465-2605 X100
bwojichowski@theopendoor.org

## CONFIDENTIALITY NOTE

The documents accompanying this facsimile transmission may contain information which is confidentially and/or legally privileged.  This information is intended only for the recipient.  You are asked to forward the information to the named individual or entity and are hereby notified that any disclosure, copying, or distribution of the contents of this facsimile information is strictly prohibited.  If you have received this facsimile transmission in error, please notify us by telephone immediately so that we can arrange for the return of the documents.

665 PHILADELPHIA STREET, 2ND FLOOR, SUITE 202, INDIANA, PA  15701     724.465.2605



**Client:** Stefano Zanetti

---

Attorney Steven C. Townsend                                    3/24/2026

564 Forbes Avenue Manor Building, Penthouse Pittsburgh, PA 15219

Re: Stefano Zanetti 007881 | DOB: 12/12/1981

Dear: Attorney Townsend

The Open Door offers counseling to individuals who are experiencing problems with alcohol and other drugs. I received a request to send you information regarding the above-mentioned individual. This letter is in response to this request. Information that we can provide is subject to the limitations set forth in 4 PA Code § 255.5.

☐ No Records Exist.

☑ Attended Intake assessment on: 10/8/2024

☐ Attended Intensive Outpatient Sessions (IOP) on the following dates:

☐ Cancelled or No Showed IOP Sessions on the following dates:

☑ Attended Outpatient (OP) Sessions on the following dates: All sessions available to him without work conflicts.

☐ Cancelled or No Showed OP Sessions on the following dates:

☑ Evidence of:

    ☑ Sobriety in last 30 days.

    ☐ Use in last 30 days.

    ☐ Unknown

☑ Prognosis

    ☑ Progress towards goals.

    ☐ No progress toward goals.

☑ Other: Mr. Zanetti is an engaged participant in treatment sessions and demonstrates a sincere desire to continue growing & improving. He also serves as an encouraging and supportive presence to other members

This information has been disclosed to you from records whose confidentiality is protected by state and federal law. The federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or is otherwise permitted by 42 CFR Part 2. If you further questions or concerns, please contact me at 724-465-2605.

Sincerely,

Barbara Stiffler Wojichowski BA

---

**Client Code:** 007881 - 3/25/2026 6:38:55 PM                    1 of 2



**Client:** Stefano Zanetti

---

Signed: Stiffler Wojichowski, Barbara     On: 3/25/2026 06:38 PM     *Barbara Stiffler Wojichowski, MA*

_____

---

**Client Code:** 007881 - 3/25/2026 6:38:55 PM                                                                          2 of 2

---



# CERTIFICATE OF COMPLETION

PRESENTED TO

## STEFANO ZANETTI

FOR SUCCESSFUL COMPLETION OF

## In the Courtroom

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

October 08, 2023

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.

# CERTIFICATE OF COMPLETION

PRESENTED TO

## STEFANO ZANETTI

FOR PARTICIPATING IN

## Career Exploration: Hospitality and Tourism

SCORE: Needs Improvement

One or more course requirements need improvement in order to earn a "Passed" Certificate of Completion.

October 09, 2023

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## STEFANO ZANETTI

FOR SUCCESSFUL COMPLETION OF

Math - Addition, Subtraction, Multiplication, and Division

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

October 09, 2023

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



CYPHER**WORX**.

Certifies that

# STEFANO ZANETTI

has successfully completed

## A Student Guide to Drug and Alcohol Abuse

on

October 11, 2023

Clock Hours: 0.50
CEUs Earned: 0.05

Paul W. Cypher, President & CEO,
CypherWorx, Inc.





CYPHER**WORX**

Certifies that

# STEFANO ZANETTI

has successfully completed

## Adult and Child CPR (Corrections)

on

October 12, 2023

Clock Hours: 2.00
CEUs Earned: 0.2



Paul W. Cypher, President & CEO,
CypherWorx, Inc.







CYPHER**WORX**.

Certifies that

# STEFANO ZANETTI

has successfully completed

## Affordable Care Act (ACA) Basics for Business Owners (Corrections)

on

October 12, 2023

Clock Hours: 0.34
CEUs Earned: 0.03



Paul W. Cypher, President & CEO,
CypherWorx, Inc.







# CERTIFICATE OF COMPLETION

PRESENTED TO

## STEFANO ZANETTI

FOR SUCCESSFUL COMPLETION OF

Neil deGrasse Tyson Teaches Scientific Thinking and Communication

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

October 12, 2023

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## STEFANO ZANETTI

FOR SUCCESSFUL COMPLETION OF

## Fentanyl and How to Test for it in Your Drugs

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

November 29, 2023

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.

# CERTIFICATE OF COMPLETION

PRESENTED TO

## STEFANO ZANETTI

FOR PARTICIPATING IN

## ECS11 - Thickening Agents

**SCORE:** Needs Improvement

One or more course requirements need improvement in order to earn a "Passed" Certificate of Completion.

January 01, 2024

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.

# CERTIFICATE OF COMPLETION

PRESENTED TO
## STEFANO ZANETTI

FOR PARTICIPATING IN
## ECS21 - Potato Cookery

SCORE: Needs Improvement

One or more course requirements need improvement in order to earn a "Passed" Certificate of Completion.

January 01, 2024

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## STEFANO ZANETTI

FOR SUCCESSFUL COMPLETION OF

## ECS12B - Mother Sauces

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

January 02, 2024

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.

# GUIDING GOOD CHOICES

## THIS CERTIFIES THAT

## STEFANO ZANETTI

Has successfully completed the required course hours for completion of Guiding Good Choices, a social development model based family skill program, facilitated by Alice Paul House.

9th day of January, 2024



The participant is awarded 10 hours for this course

Facilitator Signature

*Natasha Peters*

This Certificate of Completion is Presented to

## Stefano Zanetti

for the successful completion of

# Enhancing Effective Communication Skills



Ashley Pisarcik, BA

3/4/25

Date

# CERTIFICATE OF COMPLETION

PRESENTED TO
## STEFANO ZANETTI

FOR PARTICIPATING IN
## ECS13 - Emulsions

SCORE: Needs Improvement

One or more course requirements need improvement in order to earn a "Passed" Certificate of Completion.

March 27, 2024

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.

# CERTIFICATE OF COMPLETION

PRESENTED TO
## STEFANO ZANETTI

FOR PARTICIPATING IN
## ECS31 - Coffee and Tea

SCORE: Needs Improvement

One or more course requirements need improvement in order to earn a "Passed" Certificate of Completion.

April 24, 2024

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.

# CERTIFICATE OF COMPLETION

PRESENTED TO
## STEFANO ZANETTI

FOR PARTICIPATING IN
## ECS25 - Egg Cookery

SCORE: Needs Improvement

One or more course requirements need improvement in order to earn a "Passed" Certificate of Completion.

April 28, 2024

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## STEFANO ZANETTI

FOR SUCCESSFUL COMPLETION OF

## ECS19 - Rice Cookery

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

August 12, 2024

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO
## STEFANO ZANETTI

FOR SUCCESSFUL COMPLETION OF
## ECS20 - Pasta

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

August 27, 2024

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## STEFANO ZANETTI

FOR SUCCESSFUL COMPLETION OF

## ECS12A - Sauces Overview

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

August 27, 2024

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## STEFANO ZANETTI

FOR SUCCESSFUL COMPLETION OF

## Spanish Language

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

August 27, 2024

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.

# CERTIFICATE
## of ACHIEVEMENT

THIS ACKNOWLEDGES THAT

# Stefano Zanetti

HAS SUCCESSFULLY COMPLETED THE

Indiana County Re-entry program

March 20/2025

Tim Dennison CRS Re-entry

AICDAC

# Certificate

*OF COMPLETION*

This certificate is proudly presented to

# STEFANO ZANETTI

*for completing*

## GED: Social Studies - Unit 04: Geography and the World

Clock Hours: 1.00

November 8, 2024





**ServSafe**
National Restaurant Association

# Certificate of Achievement

This certificate is awarded to

*Stefano Zanetti*

Congratulations! You have completed

## ServSafe® Food Handler Training

Instructor *Amna Dattor*  Date *11-26-24*
Organization *Trinity Services*  Location *Indiana County Jail*

National Restaurant Association
233 S. Wacker Drive, Ste. 3600
Chicago, IL 60606-6383
800.765.2122 in Chicago area 312.715.1010
Restaurant.org | ServSafe.com

©2019 National Restaurant Association Educational Foundation (NRAEF). All rights reserved. ServSafe and the ServSafe logo are trademarks of the NRAEF. National Restaurant Association® and the arc design are trademarks of the National Restaurant Association.
19011801          v.1902

# CERTIFICATE OF ATTENDANCE

THIS CERTIFICATE IS AWARDED TO

## Stefano Zanetti

IN RECOGNITION OF THE ATTENDANCE OF

## NURTURING PARENTING PROGRAM AT THE INDIANA COUNTY JAIL

_Lindsey Goodin_     4/1/25

Lindsey Goodin, Family Preservation Specialist    Date

_Kelly Koos_     4/1/25

Kelly Koos, Family Preservation Specialist    Date

APRIL 2025

## THE CARE CENTER

