Stefano Zanetti
Indiana County Jail
665 Hood School Road
Indiana, PA 15701
(724) 741-7500

February 3, 2026

The Honorable Judge J. Nicholas Ranjan
U.S. District Court, Western District of Pennsylvania
Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street
Pittsburgh, PA 15219

RE:

Dear Judge Ranjan,

I am writing to you with a heavy heart and deep remorse for the actions that have brought me before your court. I take full responsibility for my involvement in fraud and money laundering activities. I know that my choices caused harm—not only to the individuals and businesses directly affected, but also to the trust that is essential in a community.

There is no excuse for what I did. My actions were dishonest, selfish, and wrong. I allowed greed, poor judgment, and my drug addiction to override my values, and in doing so, I betrayed the trust of others and damaged my own integrity. I have spent many sleepless nights reflecting on the pain and financial loss I caused, and I am truly ashamed and bear the burden of bringing shame to my family.

Since my arrest, I have made every effort to confront the root causes of my behavior. I have participated in counseling and drug and alcohol treatment here in the facility. I have also completed coursework to obtain certificates in parenting, Thinking for Change, effective communication skills, budget education, Guiding Good Choices (CBT), and anger management. I hold certifications in food safety that has allowed me to work in the kitchen for more than two years. I also attended GED classes and served as a tutor to those who were pursuing their high school equivalency degree. These experiences have expanded my world view and helped me understand the importance of living with honesty, humility, and accountability. I am committed to making amends in every way I can both inside and outside incarceration and to living a life that reflects integrity.

I know that words alone cannot undo the harm I caused, but I hope my actions moving forward will speak louder than my past mistakes. I respectfully ask for your understanding and consideration of my sincere remorse and my efforts toward rehabilitation when determining my sentence. Thank you for taking the time to read my letter.

With respect and humility,


Stefano Zanetti

CC:     Attorney Steven C. Townsend
        564 Forbes Avenue
        Pittsburgh, PA 15219
        (412) 281-5336

To the Honorable Judge,

My name is Sebastian, and I am writing this letter on behalf of the people who love Stefano Zanetti the most: his wife Luisa, his daughter Danna, his mother Bernice, his father Pietro, and myself, his son.

It is difficult to put into words what kind of man Stefano truly is because his goodness is not something that can be summarized in a few sentences. He is a man whose heart is built on empathy, generosity, and quiet strength. He has always been someone who shows up for others, who listens, who supports, and who gives, even when he has little left for himself.

For more than eleven years, Stefano carried the responsibility of being a father and a stepfather with an open heart. He took care of his family every single day with love and patience. To Danna, he was not just a stepfather but a true dad, the one who helped her with school, who made her laugh when she was sad, and who taught her by example what kindness and responsibility look like.

To Luisa, he has been a loyal and loving partner, always standing by her side through both joy and hardship. He made their home a place of warmth and laughter, a space where everyone felt seen, safe, and loved.

As a son, Stefano has always been deeply devoted to Bernice and Pietro. He has cared for them with respect, tenderness, and gratitude. He never forgot where he came from

or the values his parents taught him. His love for them runs deep, and his actions have always reflected that.

To me, Stefano has been much more than a father. He has been my guide, my example, and the person who taught me how to be a man of integrity. He taught me to lead with compassion, to value family above all else, and to face challenges with dignity and courage. Even in difficult times, he reminds me that a person's worth is not defined by their mistakes, but by how they choose to rise after them.

Stefano is a man with an extraordinary heart. He has touched so many lives with his warmth, his humor, and his humanity. He is not someone motivated by selfishness or indifference. He is someone who has always cared deeply for others, who believes in doing good, and who carries genuine remorse when he falls short of the standard he sets for himself.

Your Honor, I ask you to see in him what we all see every day, a man of love, responsibility, and goodness. A man who has given his life to others, who has lifted people up.

Thank you for taking the time to read this letter and for considering the true character of Stefano Zanetti.

With deep respect and sincerity,


Sebastian, Bernice, Pietro, Luisa and Danna

Pietro and Bernice Zanetti
505 Shakespeare
Dollard des Ormeaux
Quebec
Canada H9G 1A1

October 30-2025

TO THE HONORABLE JUDGE,

We are writing to you today as the aging parents of Stefano Zanetti to affirm that he has always been a conscientious, responsible and dedicated individual who was always ready to help others. Not only was he always a good son to us but a great grandson. He used to spend his summers at his grandparents' chalet North of Montreal to help maintain their huge property. Stefano's most defining quality is his unwavering love and dedication for his family. He has always been a loving committed husband and a devoted father to his stepchildren providing for all their needs, most importantly their education.

We believe that he is deeply remorseful for his actions and he is definitely committed to change. Although we understand the seriousness of the charges he faces we have no doubt that he could reform and become an honest and solid member of our society respecting all laws and obligations as a citizen, husband, father and son. We believe that leniency in his respect will help him achieve this crucial goal.

We hope that you will find it in your heart to hear our concern,.

We remain respectfully yours,

*Bernice Zanetti*

Pietro and Bernice Zanetti

Noris Concepcion

Panamá, Panamá City


To Whom may concern,


I Am writing this letter in support of Stefano Zanetti. I had the opportunity to work for him for three years at Luxury Watersport, where he was the owner and leader of the company.

During the time I worked with Stefano, I came to know him as a dedicated businessman and a committed leader. He was deeply involved in the daily operations of Luxury Watersport and consistently demonstrated a strong work ethic. He cared not only about the success of the company but also about the people who worked for him.

Stefano treated his employees with respect and fairness. He encouraged teamwork, professionalism, and accountability. In my experience, he was approachable, supportive, and willing to guide his staff when challenges arose. I personally appreciated his leadership and the opportunities I was given while working under his direction.

While I understand that he is currently facing serious circumstances, I believe that the time I spent working with him reflects important aspects of his character — responsibility, dedication, and commitment to providing for his business and team. The Stefano I worked with was focused on building something meaningful and creating opportunities for others.

I respectfully ask that you consider my experience with him when reviewing his situation. I believe he has the ability to reflect, grow, and continue contributing positively in the future.

Thank you for your time and consideration.

Sincerely,


Noris Concepcion