## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | )    2:22-CR-306 |
| v. | ) |
| | ) |
| STEFANO ZANETTI, | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

| | |
|---|---|
| **Hearing Type:** | Change of Plea Hearing |
| **Date:** | 5/4/2026 |
| **Before:** | Judge J. Nicholas Ranjan |

| | |
|---|---|
| Counsel for Government | Jeffrey Bengel |
| Counsel for Defendant | Steven Townsend |
| Court Reporter | D. Betzler |
| Law Clerk | AM |
| Start Time | 2:05 p.m. |
| End Time | 3:10 p.m. |

### SUMMARY OF PROCEEDINGS:

Defendant present.

As to Counts 1 and 2 of the Indictment, Defendant sentenced to a term of imprisonment of 188 months, followed by 1 day of supervised release. Fine of $35,000, $200 special assessment, and $780,870 of restitution imposed. Forfeiture ordered.